# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: )<br>)<br>BLUE EAGLE FARMING, LLC, et al.[1], )<br>)<br>Debtor. )<br>) | **Chapter 11**<br>**Case No. 18-02395-TOM11**<br>**(Jointly Administered)** |

---

[1] In addition to Blue Eagle Farming, LLC, the Debtors include the following entities: (1) War-House Properties, LLC; (2) Eagle Ray Investments, LLC; (3) HJ Farming, LLC; (4) Blue Smash Investments, LLC; (5) Armor Light, LLC; (6) Forse Investments, LLC; and (7) Robert Bradford Johnson.

31750559 v1