# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BLUE EAGLE FARMING, LLC, et al.[1], | ) Chapter 11 |
| | ) Case No. 18-02395-TOM11 |
| | ) (Jointly Administered) |
| Debtor. | ) |
| | ) |

## NOTICE REGARDING JOINT ADMINISTRATION

TO CREDITORS AND PARTIES IN INTEREST:

**PLEASE TAKE NOTICE**, pursuant to Federal Rule of Bankruptcy Procedure 1015(b), the United States Bankruptcy Court for the Northern District of Alabama, Southern Division, has ordered the joint administration of the chapter 11 cases listed in the above-captioned bankruptcy case and corresponding footnote.

Joint administration of the estates in each of the above-referenced cases includes:

1. the use of a single docket for administrative matters, including the list of claims filed and the filing, logging, and docketing of pleadings in order;

2. the combining of notices to creditors and other parties of interest;

3. the scheduling of hearings; and

4. the joint handling of other administrative matters.

---

[1] In addition to Blue Eagle Farming, LLC, the Debtors include the following entities: (1) War-House Properties, LLC; (2) Eagle Ray Investments, LLC; (3) HJ Farming, LLC; (4) Blue Smash Investments, LLC; (5) Armor Light, LLC; (6) Forse Investments, LLC; and (7) Robert Bradford Johnson.

31750553 v1

Pursuant to the Court's Order, the official case caption of the Debtors' jointly-administered chapter 11 cases is the caption used in this Notice. All papers filed in the Debtors' chapter 11 cases shall use the official caption and case number as shown on this Notice and should indicate that the cases are jointly administered. No papers or pleadings shall be filed hereafter in any other case. To the extent that papers are misfiled, the Clerk of Court may – but is not required to – refile such misfiled pleading or paper in the correct case. The Debtors' estates have not been substantially consolidated.

Dated this the 9th day of June 2018.

By: /s/ Michael Leo Hall
Michael Leo Hall
Marc P. Solomon

**BURR & FORMAN LLP**
420 North 20th Street, Suite 3400
Birmingham, AL  35203
Tel: (205) 251-3000 / Fax: (205) 458-5100

**ATTORNEYS FOR BLUE EAGLE FARMING, LLC**