EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) <br><br>BLUE EAGLE FARMING, LLC, et al.[1], ) <br>                                  ) <br>            Debtor. ) | **Chapter 11** <br>**Case No. 18-02395-TOM11** <br>**(Jointly Administered)** |

**ORDER AUTHORIZING JOINT ADMINISTRATION**

This matter came to be heard upon the motion (the "Motion") of Robert Bradford Johnson ("Johnson"), the Debtor in the above-captioned bankruptcy case and the bankruptcy cases in the corresponding footnote, for an order authorizing joint administration of the Debtors' chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Upon consideration of Johnson's Motion; the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; due notice of the Motion having been provided to (a) the Office of the Bankruptcy Administrator for the United States Bankruptcy Court for the Northern District of Alabama, Southern Division; (b) the United States Government; (c) all of Debtors' creditors; and (d) the District Director of the Internal Revenue Service for the Northern District of Alabama; the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties in interest;

---

[1] In addition to Blue Eagle Farming, LLC, the Debtors include the following entities: (1) War-House Properties, LLC; (2) Eagle Ray Investments, LLC; (3) HJ Farming, LLC; (4) Blue Smash Investments, LLC; (5) Armor Light, LLC; (6) Forse Investments, LLC; and (7) Robert Bradford Johnson.

upon the Motion and all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the chapter 11 cases shall be jointly administered pursuant to Bankruptcy Rule 1015(b); and it is further

**ORDERED** that joint administration of the Debtors' cases includes:

(a) The use of a single docket for administrative matters, including the list of claims filed and the filing, logging and docketing of pleadings in order;

(b) The combining of notices to creditors and other parties of interest;

(c) The scheduling of hearings; and

(d) The joint handling of other administrative matters;

and it is further

**ORDERED** that the official caption of the jointly-administered case shall be as set forth in the attached Exhibit "A"; and it is further

**ORDERED** that Johnson is to serve notice of the joint administration of these estates on all parties of record, which notice shall substantially conform to the proposed notice attached hereto as Exhibit "B." Any of the creditors or parties in interest may file an objection to the entry of this Order on or before the expiration of twenty (20) days following receipt of the notice of joint administration; and it is further

**ORDERED** that the notice of the joint administration of these estates shall be separately filed and docketed in each of the Debtors' cases; and it is further

**ORDERED** that all subsequent pleadings and papers filed in these cases be filed electronically only in the joint case style and not in any of the other cases, except that proofs of claim may be filed in paper format (although electronic filing is preferred); and it is further

**ORDERED** that nothing contained in the Motion or this Order shall be construed to cause a substantive consolidation of the Debtors' chapter 11 cases; and it is further

**ORDERED** that the Monthly Operating Reports filed by the Debtors will be filed for each Debtor separately, but shall be filed in the jointly administered case.

Dated this the \_\_\_\_ day of June, 2018.

> _____
> **Tamara O. Mitchell**
> **UNITED STATES BANKRUPTCY JUDGE**